# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1838
LT Case No. 2008-CF-004666-B

_____

ANTONIO LYONS,

　　Appellant,

　　v.

STATE OF FLORIDA,

　　Appellee.

_____

3.800 Appeal from the Circuit Court for Marion County.
Timothy Thomas McCourt, Judge.

Antonio Lyons, Florida City, pro se.

No Appearance for Appellee.

March 10, 2026

PER CURIAM.

　　AFFIRMED.

EDWARDS, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____